# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEDNITZ,<br><br>                              Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, NA<br><br>                              Defendant. | Case No. 16-cv-00858-BAS-DHB **ORDER GRANTING JOINT MOTION TO DISMISS** |

Before the Court is Plaintiff Michael Stednitz and Defendant Bank of America, NA's joint motion to dismiss this action with prejudice. (ECF No. 30.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by both parties, the Court **GRANTS** the motion and dismisses the action with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED**.

**DATED:  June 8, 2017**

Hon. Cynthia Bashant
United States District Judge

– 1 –

15cv858